```
1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   BARBARA BRENNAN SILANO (MASSBAR 055540)
    Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7223
7       Facsimile: (415) 436- 7234
        E-mail: barbara.silano@usdoj.gov
8
    Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR 09-01135 MHP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶] BOND |
| v. | ) | MODIFICATION ORDER |
| GRAESON PRESCOTT, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING and the parties having so stipulated, the Court hereby ORDERS that the terms of the bond in the above captioned matter be modified as follows:

The conditions of release and appearance are modified to reflect that the defendant shall participate in drug counseling and submit to drug testing , as directed by Pretrial Services.

DATED: February 5, 2010
       nunc pro tunc

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte