JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7223
   Facsimile: (415) 436-7234
   E-mail: barbara.silano@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CR 09-1135 MHP |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ SPEEDY TRIAL ORDER |
| GRAESON PRESCOTT, | |
| Defendant. | |

    GOOD CAUSE APPEARING the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(A), that the ends of justice served by excluding time from February 3, 2010 and March 22, 2010 outweigh the best interest of the public and the defendant in a speedy trial. The case involves thousands of pages of documents which must be reviewed by the defense. Moreover, the Court finds, pursuant to 18 U.S.C. §3161(h)(7)(B) that failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    Accordingly, IT IS HEREBY ORDERED that the time period between February 3, 2010 and

///

///

1 | March 22, 2010 is excluded from calculations pursuant to 18 U.S.C. §3161(h)(7)(A) and B.

3 | DATED: 2/17/2010

IT IS SO ORDERED

Judge Marilyn H. Patel

HON. MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

SPEEDY TRIAL ORDER                    2