BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CSBN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.Lin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-01135 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE ON FORM 12 SCHEDULED FOR NOVEMBER 18, 2015 TO DECEMBER 16, 2015 |
| v. | |
| GRAESON PRESCOTT, | |
| Defendant. | |

    The defendant, Graeson Prescott, represented by retained counsel Laurel Headley, and the government, represented by Rita F. Lin, Assistant United States Attorney, stipulate as follows:

    The parties are currently scheduled to appear on November 18, 2015, for a status conference on a Form 12 filed concerning the defendant on June 22, 2015. That Form 12 alleges that the defendant tended marijuana plants in connection with a conspiracy to cultivate marijuana on federal lands in a federal conservation area. Today, the government is filing an Information charging the defendant for this conduct under 21 U.S.C. § 846. The defendant plans to waive indictment and to be arraigned on the Information on November 19, 2015. The parties will seek to relate the Information to the pending Form 12, and anticipate a plea agreement will be entered shortly resolving both the Information and the

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONF.
CR 09-1135 CRB

Form 12.

To permit the Court an opportunity to consider whether the cases should be related, and to allow the parties to complete negotiations on the plea agreement, the parties jointly request that the status conference be continued from November 18, 2015, to December 16, 2015. The parties anticipate that the defendant will be prepared to enter a change of plea on December 16, 2015.

In addition, the parties no longer see a need to seal this matter because the government has completed its investigation and will now be proceeding on charges. Accordingly, the parties jointly move to unseal the matter, with the exception of the parties' September 8, 2015, stipulation and proposed order.

IT IS SO STIPULATED.


DATED: November 17, 2015                             /s/
_____
                                                     RITA LIN
                                                     Assistant United States Attorney


DATED: November 17, 2015                             /s/
_____
                                                     LAUREL HEADLEY
                                                     Attorney for Defendant
                                                     Graeson Prescott

IT IS SO ORDERED.


DATED:  November 18, 2015              _____
                                       Hon. Charles R. Breyer
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONF.
CR 09-1135 CRB