Laurel Headley (CSBN 152306)
        Email: headley@achlaw.com
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
(510) 845-3000
(510) 845-3003 (fax)


Attorneys for Graeson Prescott


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 09-001135 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE ON FORM 12 SCHEDULED FOR DECEMBER 16, 2015 TO JANUARY 20, 2016 |
| v. | |
| GRAESON PRESCOTT, | |
| Defendant. | |

This supervised release matter is on for status conference on December 16, 2015.  On November 17, 2015, Mr. Prescott was charged by Information in a new criminal case (*U.S. v. Prescott,* CR-15-535 CRB –Dkt 1).  The instant violation is based on the same conduct as that alleged in the new case.  On November 12, 2015, the government produced discovery to the defense and the parties are in the process of finalizing a proposed plea agreement in the new case.  The defense requests additional time to review discovery and continue plea discussions related to this supervised release violation matter and the related new case.  It is the parties' expectation that Mr. Prescott will change his plea at the next appearance and that this supervised release violation will be resolved at the same time.  Counsel for the defense is unavailable between December 18, 2015 and January 5, 2016.

1    For the foregoing reasons, IT IS HEREBY STIPULATED that this matter be continued

2 from December 16, 2015 to January 20, 2016 at 2:00 p.m. for change of plea.

3 **IT IS SO STIPULATED:**

4 December 10, 2015                                          United States Attorney's Office

5
                                          By:    _____/s/_____
6                                                          RITA F. LIN

7
8 December 10, 2015                                          Arguedas, Cassman & Headley, LLP

9
                                          By:    _____/s/_____
10                                                         LAUREL HEADLEY
                                                          Attorney for Graeson Prescott
11

12 **IT IS SO ORDERED:**

13

14 DATED: __12/11/2015_____                    _____

15                                                         THE HONORABLE CHARLES R. BREYER
                                                          Senior United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Continuing Status Conference  -  2